

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2017

No. 04-17-00414-CV

Sylvia **GARDNER,**
Appellant

v.

Eric **GARDNER,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00678
Honorable David A. Canales, Judge Presiding

# O R D E R

The reporter's record was due on August 14, 2017. *See* TEX. R. APP. P. 35.1. Three days later, after no reporter's record was filed, this court advised court reporter Luis Duran Jr. that the record was late. On October 2, 2017, the court reporter filed a notice of late record and advised this court that Appellant had not paid the fee to prepare the reporter's record.

We ordered Appellant to file written proof that she made arrangements to pay for the reporter's record, and Appellant timely filed a written response indicating she had made arrangements to pay for the reporter's record.

On November 17, 2017, after no reporter's record was timely filed, we notified the court reporter that the record was late. On November 29, 2017, the court reporter notified this court that Appellant has not paid the deposit for the reporter's record.

We again ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the reporter's fee deposit has been paid, or (2) Appellant is entitled to appeal without paying the reporter's fee. If Appellant fails to respond within the time provided, Appellant must file a brief with this court within THIRTY DAYS of the date of this order, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See id.* R. 37.3(c).

If Appellant timely complies with this order, the reporter's record will be due THIRTY DAYS after Appellant files written proof showing compliance with this order. *See id.* R. 35.3(c) (limiting an extension of time to file the record in a regular appeal to thirty days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court